**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Iris Diane Wilkerson**
1210 Willowbrook Ln.
Anstell, GA 30106

xxx–xx–7165

Case No.: **15–72708–jrs**
Chapter: **13**
Judge: **James R. Sacca**

### ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above–named Debtor(s) was discharged by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:

1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the Attorney for the Debtor(s), and the Chapter 13 Trustee.

James R. Sacca
United States Bankruptcy Judge

Dated: November 22, 2019

Form 214

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 15-72708-jrs
Iris Diane Wilkerson                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: goryy           Page 1 of 1           Date Rcvd: Nov 22, 2019
                         Form ID: 214          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db             +Iris Diane Wilkerson,    1210 Willowbrook Ln.,    Anstell, GA 30106-1340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
      Andrew Houston McCullen    on behalf of Creditor    Deutsche Bank National Trust Company
       ecfganb@aldridgepite.com,  amccullen@ecf.inforuptcy.com
      Andrew Houston McCullen    on behalf of Creditor    Ocwen Loan Servicing, LLC
       ecfganb@aldridgepite.com,  amccullen@ecf.inforuptcy.com
      Brian K. Jordan    on behalf of Creditor    Deutsche Bank National Trust Company
       ecfganb@aldridgepite.com,  bjordan@ecf.inforuptcy.com
      Bryce R. Noel    on behalf of Creditor    Ocwen Loan Servicing, LLC ecfganb@aldridgepite.com,
       bnoel@ecf.inforuptcy.com
      Bryce R. Noel    on behalf of Creditor    Deutsche Bank National Trust Company
       ecfganb@aldridgepite.com,  bnoel@ecf.inforuptcy.com
      Ciro A. Mestres    on behalf of Creditor    Ocwen Loan Servicing, LLC ecfganb@aldridgepite.com
      Joshua M. Ryden    on behalf of Creditor    Deutsche Bank National Trust Company ,
       ecfganb@aldridgepite.com
      Karen King    on behalf of Debtor Iris Diane Wilkerson
       myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com
      Maria C. Joyner    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com,   ECF@njwtrustee.com
      Nancy J. Whaley    ecf@njwtrustee.com
                                                                                                                                                                                                                TOTAL: 10