| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Iris Diane Wilkerson** | Social Security number or ITIN  xxx–xx–7165 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Georgia** | |
| Case number: | **15–72708–jrs** | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Iris Diane Wilkerson

**IT IS FURTHER ORDERED THAT:**

Any employer of the debtor(s) against which a Chapter 13 Employee Deduction Order is in effect shall cease immediately withholding from the wages, salary, commissions, or other earnings or income of the debtor any monies on account of the Chapter 13 case.

The Attorney for the debtor(s) shall serve a copy of this order upon any employer of the debtor who is subject to an Employee Deduction Order.

**By the court:**

11/22/19

*James R. Sacca*

James R. Sacca
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankrutcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date you will be required to pay a fee.**

```
                          United States Bankruptcy Court
                          Northern District of Georgia

In re:                                                          Case No. 15-72708-jrs
Iris Diane Wilkerson                                            Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 113E-9          User: goryy              Page 1 of 2              Date Rcvd: Nov 22, 2019
                              Form ID: 3180W           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db             +Iris Diane Wilkerson,    1210 Willowbrook Ln.,    Anstell, GA 30106-1340
aty            +Brandi R. Lesesne,    Aldridge Pite, LLP,    Suite 500 - Fifteen Piedmont Center,
                 3575 Piedmont Road, NE,    Atlanta, GA 30305-1636
aty            +Gagan G Vaideeswaran,    Aldridge Pite, LLP,    Fifteen Piedmont Center, Suite 500,
                 3575 Piedmont Road, NE,    Atlanta, GA 30305-1636
aty            +Paul Joseph McCord,    Aldridge Pite LLP,    Suite 500, Fifteen Piedmont Center,
                 3575 Piedmont Road,    Atlanta, GA 30305-1636
19513297       +Allied Collection,    4387 Hugh Howell RD,    Tucker, GA 30084-4706
19513299        Buxton Wisdom,    15 Woodward Ave SE,    Atlanta, GA 30312
19829129        Deutsche Bank National Trust Co, as Trustee,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Dept.,    PO Box 24605,    West Palm Beach, FL  33416-4605
19513308       +NISSAN MOTOR ACCEPTANCE,    PO BOX 660366,    DALLAS, TX 75266-0366
19513309       +NORTH AMERCN,    2810 WALKER RD,    CHATTANOOGA, TN 37421-1082
19513310       +OCWEN/HOMEWARD RESIDENTI,    1525 S BELTLINE,    COPPELL, TX 75019-4913
22027759        Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    PO Box 24605,
                 West Palm Beach, FL 33416-4605
19513311       +Office of Coffee County Commissioners,    101 Peterson Ave S,    Douglas, GA 31533-5260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19513298        EDI: BANKAMER.COM Nov 23 2019 02:43:00     BANK OF AMERICA,    PO BOX 982238,
                 EL PASO, TX 79998
19572010        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 22:40:44      CACH, LLC,
                 PO Box 10587,    Greenville SC 29603-0587
19513300       +EDI: CAPITALONE.COM Nov 23 2019 02:43:00     CAPITAL ONE BANK USA NA,    PO BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
19513301       +EDI: WFNNB.COM Nov 23 2019 02:43:00     CATHERINES/SOANB,    1103 ALLEN DR,
                 MILFORD, OH 45150-8763
19513302       +EDI: WFNNB.COM Nov 23 2019 02:43:00     COMENITY CAPITAL/HSN,    PO BOX 182120,
                 COLUMBUS, OH 43218-2120
19609142        EDI: CAPITALONE.COM Nov 23 2019 02:43:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
19513303       +E-mail/PDF: DellBKNotifications@resurgent.com Nov 22 2019 22:39:44      DELL FINANCIAL SERVICES,
                 PO BOX 81607,    AUSTIN, TX 78708-1607
19513304        EDI: GADEPTOFREV.COM Nov 23 2019 02:43:00     Georgia Department of Revenue,
                 1800 Century Blvd NE Suite 910,    Atlanta, GA 30321
19513305       +EDI: HFC.COM Nov 23 2019 02:43:00     HOUSEHOLD FINANCE CORP,    PO BOX 9068,
                 BRANDON, FL 33509-9068
19513306       +EDI: IIC9.COM Nov 23 2019 02:43:00     I C SYSTEM,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
19513307        EDI: IRS.COM Nov 23 2019 02:43:00     IRS,    Centralized Insolvency Opera,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
19513312       +E-mail/Text: bankruptcy@onlineis.com Nov 22 2019 22:38:04      ONLINE IN SV,    PO BOX 1489,
                 WINTERVILLE, NC 28590-1489
19599777        EDI: Q3G.COM Nov 23 2019 02:43:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
19513313       +EDI: SEARS.COM Nov 23 2019 02:43:00     SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
19513314       +EDI: RMSC.COM Nov 23 2019 02:43:00     SYNCB/AMAZON PLCC,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
19513315       +EDI: RMSC.COM Nov 23 2019 02:43:00     SYNCB/CARE CREDIT,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
19513316       +EDI: RMSC.COM Nov 23 2019 02:43:00     SYNCB/EVINE LIVE,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
19513317       +EDI: RMSC.COM Nov 23 2019 02:43:00     SYNCB/JUST BRAKES,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
19516159       +E-mail/Text: usagan.bk@usdoj.gov Nov 22 2019 22:36:57      U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,   PO Box 10587,    Greenville, SC  29603-0587
19524744*       Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113E-9            User: goryy                 Page 2 of 2                  Date Rcvd: Nov 22, 2019
                                Form ID: 3180W              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Andrew Houston McCullen    on behalf of Creditor    Ocwen Loan Servicing, LLC
               ecfganb@aldridgepite.com,   amccullen@ecf.inforuptcy.com
              Andrew Houston McCullen    on behalf of Creditor    Deutsche Bank National Trust Company
               ecfganb@aldridgepite.com,   amccullen@ecf.inforuptcy.com
              Brian K. Jordan    on behalf of Creditor    Deutsche Bank National Trust Company
               ecfganb@aldridgepite.com,   bjordan@ecf.inforuptcy.com
              Bryce R. Noel    on behalf of Creditor    Ocwen Loan Servicing, LLC ecfganb@aldridgepite.com,
               bnoel@ecf.inforuptcy.com
              Bryce R. Noel    on behalf of Creditor    Deutsche Bank National Trust Company
               ecfganb@aldridgepite.com,   bnoel@ecf.inforuptcy.com
              Ciro A. Mestres    on behalf of Creditor    Ocwen Loan Servicing, LLC ecfganb@aldridgepite.com
              Joshua M. Ryden    on behalf of Creditor    Deutsche Bank National Trust Company ,
               ecfganb@aldridgepite.com
              Karen  King    on behalf of Debtor Iris Diane Wilkerson
               myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com
              Maria C. Joyner    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com,   ECF@njwtrustee.com
              Nancy J. Whaley    ecf@njwtrustee.com
                                                                                             TOTAL: 10
```